UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
NOV 28 2012

******************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 12-40123 |
| Plaintiff, | * | |
| vs. | * | ORDER DENYING PRO SE MOTIONS |
| LUIS CANDELA TOSCANA, | * | |
| Defendant. | * | |

******************************************************

Defendant Luis Candela Toscana has filed various pro se documents (Docs. 24, 25, and 26) some of which have been filed as motions (Docs. 25 and 26). Because Defendant is represented by counsel, all filings must be made through his lawyer. *See United States v. Stanko*, 491 F.3d 408, 411 fn. 2 (8th Cir. 2007); *United States v. Peck*, 161 F.3d 1171, 1174 fn. 2 (8th Cir. 1998). Accordingly, it is hereby

ORDERED that Defendant's pro se motions (Docs. 25 and 26) are denied and the other pro se filings are disregarded as well.

Dated this 28 day of November, 2012.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge